United States District Court
Southern District of Texas
**ENTERED**
March 14, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| JOSE ALVARADO ZAMARRIPA, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:17-CV-00208 |
| DOLORES VILLA, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 33) recommending that this case be dismissed for failure to prosecute. The parties have been duly noticed regarding the filing of objections, and the applicable 14-day timeframe for the filing of objections has now lapsed. Noting that no objections have been filed, and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED.

Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE. The Clerk of Court is DIRECTED to TERMINATE this case. The Clerk is further DIRECTED to mail Plaintiff a copy of this Order by Federal Express at the address indicated in his most recent filing.

IT IS SO ORDERED.

SIGNED this 13th day of March, 2019.

_____
Diana Saldaña
United States District Judge